IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MORRIS B. KOONTZ
ADC #115260                                                                                              PLAINTIFF

v.                                        2:24-cv-00054-DPM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                   DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.   DISCUSSION

Morris B. Koontz ("Plaintiff") has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 1.) On April 1, 2024, I entered an Order directing him to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis* ("IFP Application"). (Doc. 2.) I provided the necessary forms and cautioned Plaintiff I would recommend this case be dismissed without prejudice if he did not do so within thirty (30) days. (*Id.*)

On May 6, 2024, Plaintiff sent the Clerk a letter saying he was paying the filing fee for this case. (Doc. 3.) But no payment was included in the envelope. The time to comply with my April 1, 2024 Order has expired, and Plaintiff has not done so. Accordingly, I recommend this

1

case be dismissed without prejudice due to a lack of prosecution. See Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). **If Plaintiff wishes to prevent the dismissal of this lawsuit, he must file an Objection to this Recommendation and either pay the $405 filing fee in full or file an IFP Application within fourteen days of the entry of this Order.**

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 8th day of May 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE