IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MORRIS B. KOONTZ**
**ADC #115260**                                                                    PLAINTIFF

v.                          No. 2:24-cv-54-DPM-JJV

DEXTER PAYNE, Director, ADC;
WILLIAM STRAUGHN, Deputy Director,
ADC; MOSES JACKSON, Warden,
EARU, ADC; GAYLON LAY, Warden,
Pine Bluff Unit, ADC; TIMOTHY OWEN,
Mental Health Supervisor, WellPath,
EARU, ADC; GRAY, Former Doctor,
WellPath, EARU, ADC; D. JOHNSON,
Former Mental Health Counselor,
WellPath, EARU, ADC; MARK
RICHARDSON, Warden, EARU Max
Unit, ADC; TYRONE ALLISON, Major,
EARU, ADC; SCOTT TAYLOR, Major,
EARU Max Unit, ADC; M. DALE REED,
Deputy Director, ADC; JUDY TAYLOR,
PREA Coordinator, ADC; and DOES,
ADC                                                                              DEFENDANTS

### ORDER

Recommendation, *Doc. 4*, declined. Koontz must pay the filing fee, or provide an explanation for any continued delay, by 8 July 2024. The Court returns the case to the Magistrate Judge for further proceedings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 June 2024