IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MORRIS B. KOONTZ
ADC #115260                                                              PLAINTIFF

v.                        No. 2:24-cv-54-DPM-JJV

DEXTER PAYNE, Director, ADC;
WILLIAM STRAUGHN, Deputy Director,
ADC; MOSES JACKSON, Warden,
EARU, ADC; MARK RICHARDSON,
Warden, EARU Max Unit, ADC; M. DALE
REED, Deputy Director, ADC; and
CHRISTOPHER JOHNSON, Deputy
Warden, EARU, ADC                                                       DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation as modified, Doc. 42, and overrules Koontz's objections, Doc. 43. Fed. R. Civ. P. 72(b)(3).

Alleged retaliation prompted by a pending lawsuit can be sufficiently related such that it makes good sense to handle the new claim with the old ones. This will depend on the circumstances, including how far along the case is. And that judgment is for the Magistrate Judge to make if and when there's a motion to amend the complaint. That said, I agree with the alternative ground: no irreparable harm has been shown by Koontz, especially given the

circumspection a court must use about injunctive relief in the prison context.

Koontz's motions, *Doc. 39 & 40*, are denied. Any *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2025