# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

MORRIS B. KOONTZ
ADC #115260                                                                    PLAINTIFF

v.                          No. 2:24-cv-54-DPM-JJV

DEXTER PAYNE, Director, ADC;
WILLIAM STRAUGHN, Deputy Director,
ADC; MOSES JACKSON, Warden,
EARU, ADC; MICHAEL RICHARDSON,
Warden, EARU Max Unit, ADC; M. DALE
REED, Deputy Director, ADC; and
CHRISTOPHER JOHNSON, Deputy
Warden, EARU, ADC                                                             DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, *Doc. 76*, and overrules Koontz's objections, *Doc. 77*. Fed. R. Civ. P. 72(b)(3). Magistrate Judge Volpe has done yeoman's work sorting things out. The ADC has met its burden of showing that Koontz, with one exception, failed to exhaust his claims against Warden Richardson. *Foulk v. Charrier*, 262 F.3d 687, 697 (8th Cir. 2001).

Warden Richardson's motion for partial summary judgment, *Doc. 64*, is mostly granted, but partly denied. Koontz's due process claims against Warden Richardson raised in grievance EAM-21-670 go

–2–

forward. His remaining claims against Warden Richardson are dismissed without prejudice for failure to exhaust. Any *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

 So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2025