# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MORRIS B. KOONTZ**
**VDOC #2302137**                                                                                **PLAINTIFF**

v.                       No. 2:24-cv-54-DPM-JJV

**DEXTER PAYNE, Director, ADC;**
**WILLIAM STRAUGHN, Deputy Director,**
**ADC; MOSES JACKSON, Warden,**
**EARU, ADC; MICHAEL RICHARDSON,**
**Warden, EARU Max Unit, ADC; M. DALE**
**REED, Deputy Director, ADC; and**
**CHRISTOPHER JOHNSON, Deputy**
**Warden, EARU, ADC**                                 **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, *Doc. 100*. Fed. R. Civ. P. 72(b)(3). The Court reads Koontz's declaration, *Doc. 104*, as his objections to the partial recommendation and overrules them. As this Court said in an earlier Order, *Doc. 52 at 1*, if Koontz claims that the ADC is retaliating against him for filing this lawsuit, then he must either file a motion for leave to file an amended complaint adding a new retaliation claim or file a new lawsuit.

Koontz's motion for injunctive relief, *Doc. 95*, is denied. Any *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 October 2025