# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MORRIS B. KOONTZ**
**VDOC #2302137**                                                  **PLAINTIFF**

**v.**                              **No. 2:24-cv-54-DPM-JJV**

**DEXTER PAYNE, Director, ADC;**
**WILLIAM STRAUGHN, Deputy Director,**
**ADC; MOSES JACKSON, Warden,**
**EARU, ADC; MICHAEL RICHARDSON,**
**Warden, EARU Max Unit, ADC; M. DALE**
**REED, Deputy Director, ADC; and**
**CHRISTOPHER JOHNSON, Deputy**
**Warden, EARU, ADC**                                             **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts as modified the partial recommendation, *Doc. 130*, and overrules Koontz's objections, *Doc. 131 & 132*. Fed. R. Civ. P. 72(b)(3). Here's the modification. The Court finds that, while Koontz's claims for injunctive relief are moot, his claims for declaratory relief are not.

The timing of Koontz's transfer to Virginia is conspicuous. *See Holt v. Payne*, Case No. 4:25-cv-699-LPR (E.D. Ark.). Still, the Court cannot award the injunctive relief he seeks. Also, his claims for declaratory relief and for damages against the defendants in their

individual capacities are moving forward.  That mitigates any concern that he's the victim of litigation tactics.

Motion for summary judgment, *Doc. 112*, mostly granted and partly denied.  Koontz's claims for injunctive relief will be dismissed without prejudice.  His claims for damages against the defendants in the official capacities will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2026