FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 9 2026
TAMMY H. DOWNS, CLERK
By: ______ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MORRIS KOONTZ, VDOC # 2302137 PLAINTIFF

V. Case No. 2:24-cv-00054-DPM-JJV

DEXTER PAYNE, et al. DEFENDANTS

PLAINTIFFS MOTION TO TERMINATE COURT APPOINTED COUNSEL

COMES NOW the plaintiff, Morris Koontz VDOC #2302137, with and for his Motion to Terminate Court Appointed Counsel states:

1. On April 07, 2026, District Judge Marshall ordered this matter proceed to trial.

2. On April 09, 2026, Magistrate J. Volpe appointed Ms./Mrs. Leslie Borgognoni as plaintiff's counsel in this matter.

3. On April 10, 2026, plaintiff was advised by criminal attorney of the above stated facts and given L. Borgognoni address

4. On April 13, 2026, the plaintiff placed in ROSP staff a letter to be mailed to L. Borgognoni at 424 E. 6th Little Rock ARK 72202, postage included.

5. On May 12, 2026 plaintiff during phone call with family member had them to look up address of

L. Borgognoni and was told that she had (2) offices one in Little Rock and another in Lake Village.

6. On May 13, 2026, plaintiff wrote Borgognoni again and placed in mail

7. Plaintiff recieved no response to these letters.

8. Since appointment this attorney has made no attempt to contact or respond to plaintiff about pending case or any other matter.

9. On Jun 24, 2026 plaintiff asked family to try and reach attorney on phone number listed on web page as 501.371.0310 only recieved answering service

10. The plaintiff is aware and has made the court aware of the mail problems he has so there is a chance that L. Borgognoni never recieved letters and if that is the case the plaintiff will withdraw this motion otherwise the plaintiff wishes to terminate L. Borgognoni and have counsel appointed that will assist him fully in this matter or be allowed to proceed pro se

Respectfully submitted

Mr. M. Koontz

August 31, 2026 VDOC# 2302137