**Leslie Borgognoni**
**Attorney at Law**
**424 E. 6th Street**
**Little Rock, Arkansas 72202**
**(501) 371-0310 phone**
**Lborgognoni@sbcglobal.net**

September 9, 2026

**Morris B Koontz**
VDOC #2302137
RED ONION STATE PRISON
Central Mail Distribution Center 3521 Woods Way
State Farm, VA 23160

ATTORNEY/CLIENT MAIL

RE: Koontz v. Payne:

Dear Mr. Koontz,

I have received via ECF your recent motion. My address, contact information, phone number, and email are listed above. If you have an address for me in Lake Village, that is not me and it is not my address. There are actually two people named Leslie Borgognoni in the state of Arkansas.

Unfortunately, I have not received any letters from you or your family. However, I do have trouble with mail theft at my office on occasion. I have also not received any voice message from you or your family at my office. If you or your family receive a message when calling my office, I am likely in Court and unable to answer the phone. Please leave a message which I will return as quickly as I possibly can. I have State Court on Mondays and Thursdays and am often very difficult to reach on those days in particular as I am in Court all day.

I am very sorry we have had difficulty communicating. I will see about arranging a phone call with you in the near future. Please feel free to contact me, or have your family contact me.

Sincerely,

Leslie Borgognoni

Lesle Borgognoni
Attorney At Law
424 E. 6th Street
Little Rock, Arkansas 72202

**Morris B Koontz**
VDOC #2302137
RED ONION STATE PRISON
Central Mail Distribution Center 3521 Woods Way
State Farm, VA 23160

ATTORNEY/CLIENT MAIL