**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MORRIS B. KOONTZ**
**VDOC #2302137** **PLAINTIFF**

**v.** **No. 2:24-cv-54-DPM**

**DEXTER PAYNE, Director, ADC; WILLIAM STRAUGHN, Deputy Director, ADC; MOSES JACKSON, Warden, EARU, ADC; MICHAEL RICHARDSON, Warden, EARU Max Unit, ADC; M. DALE REED, Deputy Director, ADC; and CHRISTOPHER JOHNSON, Deputy Warden, EARU, ADC** **DEFENDANTS**

**ORDER**

The Court has received Koontz's letter and his Court-appointed lawyer's response. *Doc. 139 & 141*. They haven't communicated—wires have been crossed. The Court denies without prejudice Koontz's motion to fire Borgognoni, *Doc. 139*. Now that the lines of communication are open, they must communicate regularly by mail, email, and telephone to keep this case on track for trial in March 2027. The Court directs the Clerk to send Koontz a copy of this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 September 2026